UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re EBIX, INC. SHAREHOLDER DERIVATIVE LITIGATION**<br><br>**This Document Relates to:**<br><br>**ALL ACTIONS** | Lead Case No.: 1:21-cv-04380-JMF<br><br>(Consolidated with Case No. 1:21-cv-05982-JMF) |

### NOTICE OF BANKRUPTCY AND
### SUGGESTION OF STAY FOR NOMINAL DEFENDANT EBIX, INC.

Nominal Defendant Ebix, Inc. ("**Ebix**") hereby gives notice to the Court that on December 17, 2023, Ebix filed a Chapter 11 bankruptcy petition in the United States Bankruptcy Court for the Northern District of Texas, docketed as Case No. 23-80004 (SWE). A copy of such petition is attached hereto as **Exhibit A**.

Pursuant to 11 U.S.C. § 362, Ebix respectfully suggests to the Court that, as a result of its bankruptcy filing, any further action or proceeding against Ebix in the above-captioned matter is subject to the automatic stay.

DATED: January 26, 2024
New York, New York

                                        /s/ Julie E. Cohen
                                        Julie E. Cohen
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
One Manhattan West
New York, New York, 10001
Tel.: (212) 735-3000
Fax: (212) 735-2000
julie.cohen@skadden.com

Paul J. Lockwood (*admitted pro hac vice*)
Cliff C. Gardner (*admitted pro hac vice*)
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
One Rodney Square
P.O. Box 636
Wilmington, Delaware 19899-0636
Tel.: (302) 651-3000
paul.lockwood@skadden.com
cliff.gardner@skadden.com

*Attorneys for Nominal Defendant Ebix, Inc.*