UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
In re EBIX, INC. SHAREHOLDER                               :
DERIVATIVE LITIGATION                                          :          21-CV-4380 (JMF)
:
*This Document Relates To:*                                       :          <u>ORDER</u>
*ALL ACTIONS*                                                         :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    In view of the automatic stay by reason of section 362 of the Bankruptcy Code, the above entitled action is administratively closed subject to the right of either party to reopen within twenty-one days of the conclusion of bankruptcy proceedings, or the lifting or modification of the automatic stay as applied to this action.

    SO ORDERED.

Dated: January 29, 2024                            _____
       New York, New York                                 JESSE M. FURMAN
                                                            United States District Judge